cvb19296

Filed 4/4/2019 4:46 PM
Jo Ann Salgado, District Clerk
Brewster County, Texas
Brianna Portillo

CAUSE NO.

| | | |
|---|---|---|
| J. P. BRYAN | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| | § | |
| VS. | § | 394th JUDICIAL DISTRICT |
| | § | |
| UNION PACIFIC RAILROAD | § | |
| COMPANY AND UNION | § | |
| PACIFIC CORPORATION | § | BREWSTER COUNTY, TEXAS |

### PLAINTIFF'S ORIGINAL PETITION AND REQUEST FOR DISCLOSURE

NOW COMES J. P. Bryan, hereinafter referred to as Plaintiff complaining of

Union Pacific Railroad Company ("UPRR") and Union Pacific Corporation("UPC"),

hereinafter referred to as Defendants, and for cause of action would respectfully

show as follows:

I.

Pursuant to TRCP 190.1, discovery is intended to be conducted under Level

3 of TRCP 190.

II.

Damages sought are within the jurisdictional limits of this Court. Plaintiff

seeks monetary relief over $100,000 and non-monetary relief.

III.

Venue for this cause of action is proper in Brewster County, Texas pursuant to Tex. Civ. Prac. & Rem. Code Section 15.002 (General Rule) and 15.011 (Land - Mandatory).

IV.

Plaintiff is a natural person. Union Pacific Railroad Company is a Delaware entity, which may be served with process by serving its registered agent in Texas, CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201. Union Pacific Corporation is a Utah entity, which may be served with process by serving its registered agent in Texas, CT Corporation System, 1999 Bryan St., Ste. 900, Dallas, Texas 75201.

V.

Plaintiff owns land in Marathon, Brewster County, Texas upon which agents, employee, servants, contractors, subsidiaries, and/or aiders and abettors of Defendants, despite being repeatedly notified and asked to leave, continued to intentionally trespass on, convert, and cause damage to Plaintiff's property in a prolonged concert of action and/or conspiracy and in which conversion and trespass Defendants participated, consented, encouraged, and/or ratified as a joint enterprise.

V.

As a result of said conduct, Plaintiff seeks recovery for the loss of use and occupancy of Plaintiff's property, recovery of the reasonable and necessary cost to

Plaintiff's Original Petition & Request for Disclosure – Page 2

repair harm caused by said conduct, loss of intrinsic and actual value of and damage to vegetation, recovery for diminution in value of Plaintiff's property, recovery of the reasonable value of Plaintiff's property destroyed or removed by said conduct and recovery of reasonable and necessary expenses incurred or to be incurred by Plaintiff in protecting against the harm caused by said conduct. Plaintiff also seeks recovery of exemplary damages for fraudulent, malicious, or grossly negligent conduct.

VI.

Despite Plaintiff performing every condition precedent to recovery, and despite demand on Defendants for payment, Defendants still refuse to pay.

VII.

The nature of Defendants and said conduct is such that Defendants are likely to trespass on Plaintiff's property in the future, causing irreparable and continuing injury to Plaintiff's property.  Plaintiff seeks a permanent injunction enjoining Defendants and all persons and entities acting in concert with Defendants from trespassing on Plaintiff's land in the future.

### REQUEST FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendants are requested to disclose, within fifty (50) days of the date of service of this request, the information or material described in Rule 194.2.

WHEREFORE, Plaintiff prays that Defendants be cited to appear and answer herein and, upon final hearing hereof, that Plaintiff have final judgment as sought

above and for the amounts owed plus pre-judgment and post-judgment interest,

fees, costs, and such other and further relief to which Plaintiff may be justly

entitled.

Respectfully submitted,

H.E. Mendez
State Bar No. 13932950
Attorney at Law
212 Losoya, Ste. 5
San Antonio, Texas 78205
(210) 224-4081
(210) 224-4113 – Fax

_____
H. E. MÉNDEZ
State Bar No. 13932950
hem@hemendez.com

and

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C.
P.O. Box 120480
San Antonio, Texas 78212
(210) 733-6030
(210) 733-0330 – Fax

Fred R. Jones
State Bar No. 10886700
jones@goodelaw.com
Michael R. Hedges
State Bar No. 09370200
hedges@goodelaw.com

ATTORNEYS FOR PLAINTIFF

Cause Number: _____

District Court : _____

# Request for Process

Style: J.P. Bryan _____  **Vs.** Union Pacific Railroad Company and Union Pacific Corporation

**Request the following process:** (Please check all that Apply)

☑ **Citation** ☐ **Notice** ☐ **Temporary Restraining Order** ☐ **Notice of Application for Protective Order**
☐ **Temporary Protective Order** ☐ **Precept with hearing** ☐ **Precept with***out* **a hearing** ☐ **Writ of Attachment**
☐ **Writ of Habeas Corpus** ☐ **Writ of Garnishment** ☐ **Writ of Sequestration** ☐ **Capias** ☐ **Other:** _____

**1.**
**Name:** Union Pacific Railroad Company
**Registered Agent/By Serving:** CT Corporation System
**Address** 1999 Bryan St., Ste. 900, Dallas, Texas 75201
**Service Type:** (Check One) ☑ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☑ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct ___*
*(Pct. 3 serves process countywide)*

**2.**
**Name:** Union Pacific Corporation
**Registered Agent/By Serving:** CT Corporation System
**Address** 1999 Bryan St., Ste. 900, Dallas, Texas 75201
**Service Type:** (Check One) ☑ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☑ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct ___*
*(Pct. 3 serves process countywide)*

**3.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *CourthouseDoor*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct ___*
*(Pct. 3 serves process countywide)*

**4.**
**Name:** _____
**Registered Agent/By Serving:** _____
**Address** _____
**Service Type:** (Check One) ☐ *Private Process* ☐ *Sheriff* ☐ *Commissioner of Insurance* ☐ *SA Express News* ☐ *Hart Beat* ☐ *Courthouse Door*
☐ *Certified Mail* ☐ *Registered Mail* ☐ *Out of County* ☐ *Secretary of State* ☐ *Constable Pct ___*
*(Pct. 3 serves process countywide)*

**Title of Document/Pleading to be Attached to Process:** Plaintiff's Original Petition and Request for Disclosure

**Name of Attorney/Pro se:** Fred R. Jones   **Bar Number:** 10886700
**Address:** PLEASE EMAIL CITATIONS TO denton@goodelaw.com   **Phone Number:** 210-733-6060

**Attorney for Plaintiff** X _____  **Defendant** _____  **Other** _____

Copy from re:SearchTX

Filed 4/18/2019 2:08 PM
Jo Ann Salgado, District Clerk
Brewster County, Texas
Alicia Mediano

Jo Ann Salgado
Brewster County District Clerk
P.O. BOX 1024
ALPINE, TX 79831

**ATTORNEY FOR  PETITIONER**

THE STATE OF TEXAS



## REGULAR CITATION

**Greetings,**
**Union Pacific Corporation**
**1999Bryan St Ste 900**
**Dallas, Texas 75201**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taking against you."

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION FOR AND REQUEST FOR DISCLOSURE** at or before ten o'clock a.m. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 394TH JUDICIAL DISTRICT COURT of BREWSTER County, Texas. Said petition was filed on **APRIL 4TH , 2019**  in this case, number **CVB 19 296**  on the docket of said Court, and styled,

### J.P. BRYAN
### VS
### UNION PACIFIC RAILROAD COMPANY AND UNION PACIFIC CORPORATION

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof.  **PLAINTIFF'S ORIGINAL PETITION FOR AND REQUEST FOR DISCLOSURE.**

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at ALPINE, Texas this **12TH**  day of APRIL, 2019.

**JO ANN SALGADO, District Clerk**
394TH JUDICIAL DISTRICT COURT
BREWSTER County, Texas

By _____
**Deputy**

Copy from re:SearchTX

# SHERIFF'S RETURN

Came to hand on the _____ day of _____, 2019, at _____ o'clock ___.m., and executed on the _____ day of _____, 2019 at _____ o'clock ___.m., at _____, in _____ County, _____ by delivering to each of the within-named defendant(s), in person, a true copy of this Citation, together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION FOR AND REQUEST FOR DISCLOSURE** having first endorsed thereon the date of delivery, together with the accompanying times and places to wit:

| Name | Day/Month/Year | Hour/Minute | Place, Course, and Distance from Court House |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Not executed for the following reasons:

Information received as to the whereabouts of the said defendant(s) being

I am a disinterested person competent to make oath of the fact.

I actually and necessarily traveled _____ miles in the service of this Writ in addition to any mileage I may have traveled in the service of other process in the same case during the same trip.

FEES: Serving — cop— $ _____
Mileage ___ miles-$ _____
Total—$ _9̶0̶_

Subscribed ans Sworn to _____ before me, the undersigned authority, this the _____ day of _____, 2019, at _____ o'clock ___.m.

_____ ,Sheriff
_____ County,
State of _____
By _____ , Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____, on the _____ day of _____, 2019, at _____ o'clock ___.m. this copy of this instrument.

_____ ,Sheriff
_____ County,
State of _____
By _____ ,Deputy

AFFIDAVIT ATTACHED

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Brewster**                    **394th Judicial District Court**

Case Number: CVB19296

Plaintiff:
**J. P. Bryan**
vs.
Defendant:
**Union Pacific Railroad Company and Union Pacific Corporation**

For: Fred Jones - NEW
     Goode Casseb Jones

Received by Kim Tindall & Associates LLC on the 15th day of April, 2019 at 9:33 am to be served on **Union Pacific Corporation by serving its Registered Agent, CT Corporation System, 1999 Bryan St., Ste 900, Dallas, TX 75201.** I, Mitchell Draeger, being duly sworn, depose and say that on the 16 day of April, 2019 at 10:55 m., executed service by delivering a true copy of the **Citation and Plaintiff's Original Petition and Requests for Disclosure** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as
_____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as
_____

(✓) CORPORATE SERVICE: By serving Melissa Torres as
Sop intake _____

( ) OTHER SERVICE: As described in the Comments below by serving
_____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____



Copy from re:SearchTX

## AFFIDAVIT OF SERVICE For CVB19296

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the __17__ day of __April__ , __19__ by the affiant who is personally known to me.

_Kathy Draeger_
NOTARY PUBLIC

KATHY DRAEGER
Notary Public, State of Texas
Comm. Expires 03-20-2022
Notary ID 129755683

_Mitchell Draeger_
PROCESS SERVER # 7995  Exp: 12·31·19
Appointed in accordance with State Statutes

**Kim Tindall & Associates LLC**
**16414 San Pedro Avenue #900**
**San Antonio, TX 78232**
**(210) 697-3400**

Our Job Serial Number: 2019000768

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Copy from re:SearchTX

Filed 4/18/2019 2:09 PM
Jo Ann Salgado, District Clerk
Texas
Alicia Mediano

Jo Ann Salgado
**Brewster County District Clerk**
**P.O. BOX 1024**
**ALPINE, TX 79831**

**ATTORNEY FOR PETITIONER**

THE STATE OF TEXAS



### REGULAR CITATION

**Greetings,**
**Union Pacific Railroad Company**
**1999 Bryan St Ste 900**
**Dallas, Texas 75201**

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty (20) days after you were served this citation and petition, a default judgment may be taking against you."

You are hereby commanded to appear by filing a written answer to the **PLAINTIFF'S ORIGINAL PETITION FOR AND REQUEST FOR DISCLOSURE** at or before ten o'clock a.m. of the Monday next after the expiration of twenty (20) days after the date of service of this citation before the Honorable 394TH JUDICIAL DISTRICT COURT of BREWSTER County, Texas. Said petition was filed on **APRIL 4TH**, 2019 in this case, number **CVB 19 296** on the docket of said Court, and styled,

### J.P. BRYAN
### VS
### UNION PACIFIC RAILROAD COMPANY AND UNION PACIFIC CORPORATION

The nature of Plaintiff's demand is fully shown by a true and correct copy of Plaintiff's Petition accompanying this citation and made a part hereof. **PLAINTIFF'S ORIGINAL PETITION FOR AND REQUEST FOR DISCLOSURE.**

The officer executing this writ shall promptly serve the according to requirements of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said Court at ALPINE, Texas this **12TH** day of APRIL, 2019.

JO ANN SALGADO District Clerk
394TH JUDICIAL DISTRICT COURT
BREWSTER County, Texas

By _____
Deputy

Copy from re:SearchTX

# SHERIFF'S RETURN

Came to hand on the _____day of _____, 2019, at _____o'clock ___.m., and executed on the _____day of _____, 2019 at _____o'clock ___m., at _____, in _____County, _____ by delivering to each of the within-named defendant(s), in person, a true copy of this Citation, together with the accompanying copy of the **PLAINTIFF'S ORIGINAL PETITION FOR AND REQUEST FOR DISCLOSURE**  having first endorsed thereon the date of delivery, together with the accompanying times and places to wit:

| Name | Day/Month/Year | Hour/Minute | Place, Course, and Distance from Court House |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

Not executed for the following reasons:

Information received as to the whereabouts of the said defendant(s) being

I am a disinterested person competent to make oath of the fact.

I actually and necessarily traveled_____miles in the service of this Writ in addition to any mileage I may have traveled in the service of other process in the same case during the same trip.

FEES: Serving — cop— $_____
        Mileage___miles-$_____
             Total—$ 47.50

Subscribed ans Sworn to _____before me, the undersigned authority, this the____day of _____, 2019, at _____o'clock ___.m.

           _____,Sheriff
           _____County,
           State of _____
           By _____, Deputy

## CERTIFICATE OF DELIVERY

I do hereby certify that I delivered to _____, on the ____day of _____,2019, at _____o'clock ___.m. this copy of this instrument.

           _____,Sheriff
           _____County,
           State of _____
           By_____,Deputy

AFFIDAVIT ATTACHED

Copy from re:SearchTX

## AFFIDAVIT OF SERVICE

**State of Texas**                    **County of Brewster**                **394th Judicial District Court**

Case Number: CVB19296

Plaintiff:
**J. P. Bryan**
vs.
Defendant:
**Union Pacific Railroad Company and Union Pacific Corporation**

For: Fred Jones - NEW
     Goode Casseb Jones

Received by Kim Tindall & Associates LLC on the 15th day of April, 2019 at 9:33 am to be served on **Union Pacific Railroad Company by serving its Registered Agent, CT Corporation System, 1999 Bryan St., Ste 900, Dallas, TX 75201.** I, Mitchell Draeger , being duly sworn, depose and say that on the 16 day of April , 2019 at 10:55 a.m., executed service by delivering a true copy of the **Citation and Plaintiff's Original Petition and Requests for Disclosure** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as
_____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as

(✓) CORPORATE SERVICE: By serving Melissa Torres as
Sop Intake

( ) OTHER SERVICE: As described in the Comments below by serving
_____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____
_____
_____
_____



## AFFIDAVIT OF SERVICE For CVB19296

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

Subscribed and Sworn to before me on the 17 day of April , 19 by the affiant who is personally known to me.

*Kathy Draeger*
NOTARY PUBLIC

KATHY DRAEGER
Notary Public, State of Texas
Comm. Expires 03-20-2022
Notary ID 129755683

*Mitchell Draeg*

PROCESS SERVER # 1995 Exp·12·31·19
Appointed in accordance with State Statutes

**Kim Tindall & Associates LLC**
**16414 San Pedro Avenue #900**
**San Antonio, TX 78232**
**(210) 697-3400**

Our Job Serial Number: 2019000769

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n

Copy from re:SearchTX

Filed 4/30/2019 11:23 AM
Jo Ann Salgado, District Clerk
Brewster County, Texas
Alicia Mediano

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2122 N. MAIN AVENUE
P.O. BOX 120480
SAN ANTONIO, TEXAS 78212-9680

JOHN GOODE
(1923-1994)

TELEPHONE
(210) 733-6030
FACSIMILE
(210) 733-0330

April 30, 2019

Jo Ann Salgado                                                            **via e-filing**
District Clerk
Brewster County Courthouse
PO Box 1024
Alpine, TX 79831

      RE:    Cause No. cvb19296; J.P. Bryan vs. Union Pacific Railroad Company and
                Union Pacific Corporation; 394th Judicial District Court, Brewster County,
                Texas

Dear Sir/Madam:

      Please be advised that I will be on vacation during the following dates:

–      May 8, 2019 through May 20, 2019, inclusive.

      Please do not schedule me for any hearings or other matters on those days.
Thank you.

                Respectfully submitted,

                */s/Fred R. Jones*
                Fred R. Jones
                State Bar No. 10886700
                Jones@goodelaw.com

Copy from re:SearchTX